# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:08-cv-01754-WMW PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 7) |

Plaintiff Sy Lee Castle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing his Original Complaint on November 17, 2008. (Doc. #1.) The Court screened Plaintiff's Original Complaint pursuant 28 U.S.C. § 1915A on April 13, 2009. (Doc. #6.) The court found that Plaintiff's Original Complaint stated some cognizable claims and ordered Plaintiff either to file an amended complaint or to notify the court of his willingness to proceed only on the claims found to be cognizable.

Plaintiff filed his First Amended Complaint on May 12, 2009. (Doc. #7.) The court has screened Plaintiff's First Amended Complaint and found that it states cognizable claims against Defendants Hedgpeth, Marta, and Amavisca for violating Plaintiff's First Amendment right to free exercise of religion. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S. Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

///

///

1

1. Service is appropriate for the following defendants:

   HEDGPETH

   MARTA

   AMAVISCA

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed May 12, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Four (4) copies of the endorsed First Amended Complaint filed May 12, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 19, 2009**                               /s/  **William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE