IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SY LEE CASTLE,

      Plaintiff,                   1: 08 CV 01754 YNP SMS (PC)

    vs.                            ORDER RE MOTION (DOC 13)

A. HEDGPETH, et al.,

      Defendants.

On April 13, 2009, an order was entered, finding that the Complaint states a claim for relief against Defendant Hedgpeth for interference with Plaintiff's free exercise of religion in violation of the First Amendment. The complaint failed to state a claim for relief as to the remaining defendants. Plaintiff was given the option of proceeding against Defendant Hedgpeth or filing a first amended complaint. On May 12, 2009, Plaintiff filed a First Amended Complaint.

On May 20, 2009, an order was entered, finding service of the First Amended Complaint appropriate for Defendants Hedgpeth, Marta and Amavisca. The Court sent to Plaintiff the forms for service of process upon those defendants. Plaintiff was directed to complete and return to the Court the forms for service of process upon Defendants Hedgpeth, Marta and Amavisca.

On May 26, 2009, Plaintiff filed a motion for leave to file a Second Amended Complaint.

1

1  On May 27, 2009, the Court granted Plaintiff's motion, advising him that the order directing
2  service of process of the First Amended Complaint is vacated, and that Plaintiff may not bring
3  any claims that are new or unrelated to the original complaint.  Plaintiff was also advised that the
4  Court would screen the Second Amended Complaint.
5       On June 17, 2009, Plaintiff filed a motion titled as a motion to proceed on the First
6  Amended Complaint.  Plaintiff seeks serve the defendants identified in the May 20, 2009, order
7  directing service of the First Amended Complaint.  The Court will grant Plaintiff's motion.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1. Plaintiff's motion to proceed on the First Amended Complaint is granted.
10      2. This action proceeds on the May 12, 2009, First Amended Complaint.
11      3. Plaintiff shall submit, within thirty days of the date of service of this order, the
12  completed USM 285 forms and copies of the First Amended complaint in compliance with the
13  order of May 20, 2009.
14  IT IS SO ORDERED.
15  **Dated:   June 22, 2009**              **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE

2