# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE, | CASE NO. 1:08-cv-01754-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION |
| v. | (Doc. 44.) |
| A. HEDGPETH, et al., | |
| Defendants. | |

_____/

   Plaintiff Sy Lee Castle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 5, 2010, the defendants in this action ("Defendants") filed a motion requesting leave to depose Plaintiff.  (Doc. #44.)  The Court previously granted Defendants leave to depose Plaintiff and any other incarcerated witnesses in the July 21, 2010 discovery and scheduling order.  (Doc. #42.)

   Accordingly, it is HEREBY ORDERED that Defendants' motion is GRANTED.  Defendants are granted leave to depose Plaintiff.

IT IS SO ORDERED.

**Dated:   September 27, 2010**          _____/s/ Sheila K. Oberto_____
                                         UNITED STATES MAGISTRATE JUDGE

1