# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE, | CASE NO. 1:08-cv-01754-AWI-SKO PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | RESPONSE DUE WITHIN 30 DAYS |
| A. HEDGPETH, et al., | |
| Defendants. | |

Plaintiff Sy Lee Castle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2010, Plaintiff filed a motion to compel. (Doc. #51.) On November 22, 2010, Plaintiff filed a second motion to compel. (Doc. #54.) On December 27, 2010, Plaintiff filed a third motion to compel. (Doc. #59.) Defendants have not filed an opposition or statement of no opposition to Plaintiff's motions. Pursuant to Local Rule 230(l), "[f]ailure of the responding party to file an opposition or to file a statement of no opposition [to a motion] may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

Accordingly, it is HEREBY ORDERED that:

1. Defendants are to SHOW CAUSE within thirty (30) days of the date of service of this motion why sanctions should not be issued for their failure to file an opposition or statement of no opposition to Plaintiff's motions to compel[1]; and

---

[1] Defendants have submitted a request for approval of substitution of attorney. However, the Court will not approve the substitution until counsel for Defendants respond to this order to show cause.

2.     Defendants are to file an opposition or statement of no opposition to Plaintiff's motions to compel within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   March 1, 2011                             /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE