# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>A. HEDGPETH, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-01754-AWI-SMS<br><br>ORDER CONTINUING DEFENDANT'S MOTIONS TO COMPEL FROM COURT'S CALENDAR<br><br>(ECF No. 51, 54, 58, 59, 72, 73, 76) |

Plaintiff Sy Lee Castle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed motions to compel on October 5, 2010; November 22, 2010; December 15, 2010; December 27, 2010, March 9, 2011; and March 16, 2011. Defendants filed a motion for summary judgment on April 20, 2011. On July 27, 2011, the Magistrate Judge issued findings and recommendations recommending that Defendant's motion for summary judgment be granted on the ground that Defendants are entitled to qualified immunity. On August 25, 2011, Plaintiff sought an extension of time to file objections, which was granted. The objection deadline is now September 26, 2011, and Defendant is entitled to fourteen days thereafter within which to respond to any objections. Local Rule 304(d). The Court declines, in the interest of judicial economy, to address motions that shall be moot if the findings and recommendations is adopted.

///

///

///

1

Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Plaintiff's motions to compel are ORDERED CONTINUED from the Court's calendar until the motion for summary judgment is ripe for review.[1]

IT IS SO ORDERED.

Dated:   September 11, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This order is solely administrative and nothing further is required of the parties. Once the relevant deadlines have expired, the Court will issue its ruling on Defendant's motion for summary judgment.